JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HIGINIO DE JESUS DOMINGUEZ PEREZ,<br>Petitioner,<br>v.<br>ACTING WARDEN OF THE ADELANTO DETENTION CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-03936-MBK<br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: July 30, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE